UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEVEN R HUNT, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:23-cv-00038-JPH-MKK ) |
| T. RULE, | ) ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The petition for writ of habeas corpus under 28 U.S.C. § 2241 is **dismissed with prejudice**.

**SO ORDERED.**

Date: 12/12/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: *Carina Weed*
Deputy Clerk, U.S. District Court

Distribution:

DEVIN R HUNT
8401 Allied Way #D
OFallon, IL 62269

All electronically registered counsel

1